**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John P. McMullen            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10454 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Partners for Payment Relief DE IV, LLC and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/Rebecca A. Solarz, Esquire

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322