**Energy Transfer Solutions LLC**
1220 Ward Ave
Ste 300
West Chester, PA 19380

paylocity

Direct Deposit Advice

**Check Date**
December 31, 2020

**Voucher Number**
14695

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BENEFICIAL SAVINGS B | C | | 6,615.34 |
| **Total Direct Deposits** | | | **6,615.34** |

35753   10-30   101136   14695   11451        35753

**John Peter McMullen**
604 Milleson Lane
West Chester, PA 19380

Non Negotiable - This is not a check - Non Negotiable

**Energy Transfer Solutions LLC**

**John Peter McMullen**                                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 101136 | Fed Taxable Income | 8,188.92 | Check Date | December 31, 2020 |
| Location | 10-30 | Fed Filing Status | M-9 | Period Beginning | December 16, 2020 |
| Hourly | $103.36 | State Filing Status | S-0 | Period Ending | December 31, 2020 |

| | | |
|---|---|---|
| Voucher Number | | 14695 |
| Net Pay | | 6,615.34 |
| Total Hours Worked | | 86.67 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Employer C | | 0.00 | 442.64 | 10,623.36 |
| LTD ER | | 0.00 | 27.50 | 660.00 |
| PTO | | | | 6,615.12 |
| REGULAR | 103.36 | 86.67 | 8,958.34 | 208,385.04 |
| STD ER | | 0.00 | 9.50 | 228.00 |
| **Gross Earnings** | | **86.67** | **8,995.34** | **215,888.16** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 986.90 | 23,685.60 |
| MED | 125.23 | 3,005.60 |
| MEDHI | 65.56 | 65.56 |
| PA | 265.15 | 6,363.60 |
| PA-151205 | 86.37 | 2,072.88 |
| PA-WE4B | 2.09 | 52.00 |
| PASUI-E | 5.28 | 126.68 |
| SS | 0.00 | 8,537.40 |
| **Taxes** | **1,536.58** | **43,909.32** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 447.92 | 10,750.08 |
| 401K LOAN | | 477.12 |
| DENTAL INS | 13.54 | 324.96 |
| HSAEE | 200.00 | 4,800.00 |
| LTD ER | 27.50 | 660.00 |
| MEDICAL INS | 137.12 | 3,290.88 |
| STD ER | 9.50 | 228.00 |
| VISION | 7.84 | 188.16 |
| **Deductions** | **843.42** | **20,719.20** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BENEFICIAL SAVINGS BANK | C | | 6,615.34 |
| **Total Direct Deposits** | | | **6,615.34** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| BEREAV | 24.00 | 0.00 |
| Families | 0.00 | 0.00 |
| PAID | 112.00 | 64.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401K | | 2,518.67 |

Energy Transfer Solutions LLC | 1220 Ward Ave Ste 300  West Chester, PA 19380 | (610) 444-0333 | FEIN: 81-4380890 | PA: 75-48761

**Energy Transfer Solutions LLC**
1220 Ward Ave
Ste 300
West Chester, PA 19380

paylocity

Direct Deposit Advice

**Check Date**
January 15, 2021

**Voucher Number**
14858

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BENEFICIAL SAVINGS B | C | | 6,151.55 |
| **Total Direct Deposits** | | | **6,151.55** |

35753   10-30   101136  14858  11586                35753

**John Peter McMullen**
604 Milleson Lane
West Chester, PA  19380

Non Negotiable - This is not a check - Non Negotiable

## Energy Transfer Solutions LLC

**John Peter McMullen**                                               **Earnings Statement**

| Employee ID | 101136 | Fed Taxable Income | 8,188.92 | Check Date | January 15, 2021 | Voucher Number | 14858 |
| Location | 10-30 | Fed Filing Status | M-9 | Period Beginning | January 1, 2021 | Net Pay | 6,151.55 |
| Hourly | $103.36 | State Filing Status | S-0 | Period Ending | January 15, 2021 | Total Hours Worked | 86.67 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Employer C | | 0.00 | 445.51 | 445.51 |
| LTD ER | | 0.00 | 27.50 | 27.50 |
| REGULAR | 103.36 | 86.67 | 8,958.34 | 8,958.34 |
| STD ER | | 0.00 | 9.50 | 9.50 |
| **Gross Earnings** | | **86.67** | **8,995.34** | **8,995.34** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 980.69 | 980.69 |
| MED | 125.23 | 125.23 |
| PA | 265.15 | 265.15 |
| PA-151205 | 86.37 | 86.37 |
| PA-WE4B | 2.17 | 2.17 |
| PASUI-E | 5.28 | 5.28 |
| SS | 535.48 | 535.48 |
| **Taxes** | **2,000.37** | **2,000.37** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 447.92 | 447.92 |
| DENTAL INS | 13.54 | 13.54 |
| HSAEE | 200.00 | 200.00 |
| LTD ER | 27.50 | 27.50 |
| MEDICAL INS | 137.12 | 137.12 |
| STD ER | 9.50 | 9.50 |
| VISION | 7.84 | 7.84 |
| **Deductions** | **843.42** | **843.42** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| BENEFICIAL SAVINGS BANK | C | 6,151.55 |
| **Total Direct Deposits** | | **6,151.55** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| BEREAV | 24.00 | 0.00 |
| Families | 0.00 | 0.00 |
| PAID | 45.67 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401K | 269.86 | 269.86 |

Energy Transfer Solutions LLC | 1220 Ward Ave Ste 300  West Chester, PA 19380 | (610) 444-0333 | FEIN: 81-4380890 | PA: 75-48761

**Energy Transfer Solutions LLC**
1220 Ward Ave
Ste 300
West Chester, PA 19380

paylocity

Direct Deposit Advice

**Check Date**
January 29, 2021

**Voucher Number**
15027

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BENEFICIAL SAVINGS B | C | | 6,151.55 |
| **Total Direct Deposits** | | | **6,151.55** |

35753   10-30   101136  15027  11712                35753

**John Peter McMullen**
604 Milleson Lane
West Chester, PA  19380

Non Negotiable - This is not a check - Non Negotiable

## Energy Transfer Solutions LLC

**John Peter McMullen**                                                                        **Earnings Statement**

| Employee ID | 101136 | Fed Taxable Income | 8,188.92 | Check Date | January 29, 2021 | Voucher Number | 15027 |
| Location | 10-30 | Fed Filing Status | M-9 | Period Beginning | January 16, 2021 | Net Pay | 6,151.55 |
| Hourly | $103.36 | State Filing Status | S-0 | Period Ending | January 31, 2021 | Total Hours Worked | 86.67 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Employer C | | 0.00 | 445.51 | 891.02 |
| LTD ER | | 0.00 | 27.50 | 55.00 |
| REGULAR | 103.36 | 86.67 | 8,958.34 | 17,916.68 |
| STD ER | | 0.00 | 9.50 | 19.00 |
| **Gross Earnings** | | **86.67** | **8,995.34** | **17,990.68** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 980.69 | 1,961.38 |
| MED | 125.23 | 250.46 |
| PA | 265.15 | 530.30 |
| PA-151205 | 86.37 | 172.74 |
| PA-WE4B | 2.17 | 4.34 |
| PASUI-E | 5.28 | 10.56 |
| SS | 535.48 | 1,070.96 |
| **Taxes** | **2,000.37** | **4,000.74** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 447.92 | 895.84 |
| DENTAL INS | 13.54 | 27.08 |
| HSAEE | 200.00 | 400.00 |
| LTD ER | 27.50 | 55.00 |
| MEDICAL INS | 137.12 | 274.24 |
| STD ER | 9.50 | 19.00 |
| VISION | 7.84 | 15.68 |
| **Deductions** | **843.42** | **1,686.84** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| BENEFICIAL SAVINGS BANK | C | 6,151.55 |
| **Total Direct Deposits** | | **6,151.55** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| BEREAV | 24.00 | 0.00 |
| Families | 0.00 | 0.00 |
| PAID | 51.33 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| 401K | 269.86 | 539.72 |

Energy Transfer Solutions LLC | 1220 Ward Ave Ste 300  West Chester, PA 19380 | (610) 444-0333 | FEIN: 81-4380890 | PA: 75-48761