# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-10454-MDC

JOHN P. MCMULLEN

604 MILLESON LANE

WEST CHESTER, PA 19380

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN P. MCMULLEN

604 MILLESON LANE

WEST CHESTER, PA 19380

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

                                          /S/ William C. Miller

Date: 6/4/2021                          _____

                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee